UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BIRLIE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14CV1200 CDP |
| ) | |
| BOEING AEROSPACE OPERATIONS, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER TO SHOW CAUSE

Defendant General Electric Co. moves to dismiss plaintiff's complaint against it on the ground that it has settled with plaintiff. [Doc. #112]

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either dismiss General Electric Co. or show cause in writing within 10 days from the date of this Order why the relief sought by General Electric Co. should not be granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of August, 2014.